FLORENCE M. DE MELI, *Respondent*, v. HENRY A. DE MELI, *Appellant*. — Order modified as directed in opinion, without costs to either party. Opinion by DAVIS, P. J.

MICHAEL MOLOUGHNEY, Jr., *Respondent*, v. JOHN C. KAVANAGH, *Appellant*. — Order reversed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

GEORGE W. BEACH and others, *Respondents*, v. THE NEW YORK FABRIC FINISHING COMPANY, *Appellant*, Impleaded with others. — Order modified as directed in opinion. Opinion by BRADY, J.

ALFRED A. FREEMAN, *Appellant*, v. HARRIET A. COIT, *Respondent* — Motion for reargument denied. Judgment modified as directed in opinion. Opinions by DANIELS, J., and DAVIS, P. J.

JOHN L. SUTHERLAND, *Executor, etc., Respondent*, v. LAUREN C. WOODRUFF, *Appellant*.

SAME v. SAME. Judgment affirmed with costs. Opinion by BRADY, J.

JAMES WILLIAMS, *Respondent*, v. EDWARD FREEL and others, *Appellants*. — Judgment affirmed, with costs. Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE NEW YORK MEDICAL COLLEGE AND HOSPITAL FOR WOMEN, *Respondent*, v. ALLAN CAMPBELL, *as Comptroller of the City of New York, Appellant*. — Order affirmed, without costs. Opinion by DANIELS, J.

JANE CROWLEY, *Administratrix, etc., Appellant*, v. GEORGE PALEN and another, *Respondents*. — Verdict set aside, new trial ordered, with costs to abide the event. Opinions by DANIELS, J., and by DAVIS, P. J., dissenting.